IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANDY ANDERSON LOPEZ and 3RD FLOOR TERRITORIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br><br>Defendant. | § § § § § § § § § § § § § | CASE NO. 5:21-CV-754-XR |

## ADVISORY TO COURT

Defendant, PHH Mortgage Corporation ("PHH MC" or "Defendant"), files this Advisory to the Court regarding the Standing Order Concerning Removed Cases.

(a) Defendant PHH MC was not formally served with summons/citation prior to removal, nor has PHH MC been formally served to date.

(b) No defendants were served prior to the time of removal that are citizens of Texas. PHH MC is the only defendant and is not a citizen of Texas.

(c) No defendants were served prior to the time of removal who did not formally join in the notice of removal. PHH MC is the only defendant.

(d) This case was removed from Bexar County, Texas.

| | |
|---|---|
| Dated:  August 13, 2021 | Respectfully submitted,<br><br>**DYKEMA GOSSETT PLLC**<br><br>*/s/  Brett W. Schouest*<br>Brett W. Schouest<br>Attorney in Charge<br>State Bar No. 17807700<br>bschouest@dykema.com<br>112 E. Pecan, Suite 1800<br>San Antonio, Texas  78205<br>Telephone: (210) 554-5500<br>Facsimile: (210) 226-8395<br><br>Amelia H. Marquis<br>Texas State Bar No. 24097512<br>amarquis@dykema.com<br>1717 Main Street, Suite 4200<br>Dallas, Texas  75201<br>Ph: (214) 462-6400<br>Fax: (214) 462-6401<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on the following counsel of record via the court's ECF filing system, via mail and via email on August 13, 2021, in accordance with the Federal Rules of Civil Procedure:

Scott Simpkins
The Simpkins Law Firm
816 Camaron, Suite 1.15
San Antonio, Texas 78212
simpkinslawfirm@gmail.com

                                            */s/ Brett W. Schouest*
                                            Brett W. Schouest