IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANDY ANDERSON LOPEZ, 3RD FLOOR TERRITORIES, LLC, *Plaintiffs* | § § § § | SA-21-CV-00754-XR |
| -vs- | § § | |
| PHH MORTGAGE CORPORATION, *Defendant* | § § § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiffs Mandy Anderson Lopez and 3rd Floor Territories, LLC shall take nothing by their claims against Defendant PHH Mortgage Corporation, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED this 2nd day of December, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE